# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH W. PALMER, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. 1:13-cv-561-WTL-TAB |
| CHARLIE BROWN and FAYE NEVILLES, | ) |
| Defendants. | ) |

## JUDGMENT

The Court, having dismissed certain Defendants and granted summary judgment in favor of certain Defendants, now enters **FINAL JUDGMENT**.

Judgment is hereby **ENTERED** in favor of the Defendants and against the Plaintiff. The Plaintiff shall take nothing by his Complaint and this action is terminated.

SO ORDERED: 12/10/14

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana


Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Copy by U.S. Mail to:**

**KEITH W. PALMER**
**P.O. Box 86**
**Zionsville, IN 46077**

Copies to all counsel of record via electronic notification